In the United States District Court

For the Western District of Pennsylvania

Maurice B. Gains,
    Plaintiff,

V.

Donald Kanai, et al.,
    Defendants.

MOTION FOR DISMISSAL BY PLAINTIFF VOLUNTARILY WITHOUT COURT ORDER

Civil Action No. 07-72

In accordance with Rule 41 (a) (1) Federal Rules of Civil Procedure, Plaintiff Move this court Dismiss the above cause of action without order of court pursuant to Civ. R. (a) (1).

Dated: February 20, 2007

Signed: Maurice B. Gains

Granted. Case is dismissed -

Arretta L. Ambrose
2/22/07

PROOF OF SERVICE

ALL ADVERSE PARTIES WAS SERVED BY FIRST CLASS US MAIL.

CC: Robert V. Barth, Clerk
    3100 U.S Post Office and Courthouse
    700 Grant Street
    Pittsburgh, PA 15219

CC: Timothy G. Uhrich, Deputy Coroner
    Office of the Coroner
    542 Fourth Avenue
    Pittsburgh, PA 15219

CC: Hon. Joseph James, Judge
    Court of Common Pleas
    Allegheny County Courthouse
    436 Grant Street
    Pittsburgh, PA 15219

CC: Donald Kanai, Deputy Coroner
    Office of the Coroner
    542 Fourth Avenue
    Pittsburgh, PA 15219

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT 28 U.S.C. §1746.

Executed on February 20, 2007

Maurice R. Geiss
(Signature of Plaintiff)